# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RICKY MELTON**                                                                                              **PETITIONER**
Reg. #22245-032

V.                              No. 2:25-cv-00029-LPR-ERE

**CRAIG STALHOOD, Acting Warden,**
**FCI Forrest City**                                                                                            **RESPONDENT**

## ORDER

Petitioner Ricky Melton, an inmate at the Federal Correctional Institution in Forrest City, Arkansas, filed a petition for habeas relief under 28 U.S.C. § 2241 seeking First Step Act ("FSA") credits. *Doc. 1*. Respondent asserts that Mr. Melton's claims should be dismissed because: (1) he failed to exhaust his administrative remedies; and (2) his FSA time credits have been properly calculated. *Doc. 8*.

Mr. Melton has up to and including Wednesday, March 26, 2025, to file a reply addressing the arguments in the response.

The Clerk of the Court is directed to change Respondent to "Francene Helaire, Acting Warden, FCI Forrest City."

So Ordered 12 March 2024.

_____
UNITED STATES MAGISTRATE JUDGE